D93zolmc                          Conference

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  UNITED STATES OF AMERICA,                New York, N.Y.
4            v.                             13 CR 626 (RMB)
5  ANTONIO OLMEDA,
6                Defendant.
7  ------------------------------x
8
                                            September 3, 2013
9                                           12:40 p.m.
10
   Before:
11
                   HON. RICHARD M. BERMAN,
12
                                       District Judge
13
14                       APPEARANCES
15 PREET BHARARA
        United States Attorney for the
16      Southern District of New York
   BY:  MICHAEL MAIMIN
17      JOHN CRONAN
        Assistant United States Attorneys
18
   NANCY ENNIS
19      Attorney for Defendant
20
21
22
23
24
25

1              THE DEPUTY CLERK:  Please rise.

2              THE COURT:  How are you?  Please be seated.

3              So this is our first conference.  Has there been an

4     arraignment already in this case?

5              MR. MAIMIN:  Yes, your Honor.  Last week Mr. Olmeda

6     was arraigned by Magistrate Judge Francis and entered a plea of

7     not guilty to all six counts.

8              THE COURT:  Okay.  So where do you think things are

9     going here in terms of scheduling and next steps, et cetera?

10             MR. MAIMIN:  Well, Judge, I've been speaking with

11    defense counsel about that.  We are -- I was hoping to hand her

12    a CD of discovery right here, but I had some technical

13    problems, so we're making that available within the next few

14    hours.  I've told defense counsel that we will supplement

15    within one to two weeks because we're just obtaining some

16    additional documents from the state to turn over.  And then

17    after that I think it's a question of what, if any, pretrial

18    motions there will be.

19             Ms. Ennis has predicted that there's a decent chance

20    this will go to trial, and there will be some fairly weighty

21    issues regarding in limine motions that I've already started

22    discussing with Ms. Ennis.  And so I think that this may be the

23    odd case where we'll need a little bit less time for pretrial

24    motions than usual, because I don't see any big ones coming

25    up -- I could be wrong, obviously -- but more time than usual

1     on the in limine motions to make sure that those are fully
2     briefed, and, to the extent a hearing is necessary, any hearing
3     is had on those.
4             THE COURT:  Great.
5             MR. MAIMIN:  Additionally, Mr. Olmeda is facing
6     charges out in Queens on state charges.  Right now he is in the
7     middle of a suppression motion out there, and he's due back
8     there on October 2nd.
9             THE COURT:  So how does that case impact this one in
10    terms of trial schedule, et cetera?
11            MR. MAIMIN:  Because he's in the middle of a
12    suppression motion, and my understanding from the D.A. is that
13    motion has been delayed largely by repeated changes of counsel,
14    I don't believe that a trial schedule has been set, and that's
15    pending resolution of the motion.
16            THE COURT:  I see.  Okay.
17            So, Ms. Ennis, what's your view?
18            MS. ENNIS:  Yes.  I conferred with Mr. Maimin this
19    morning, your Honor, and he indicated that he believes he'll
20    finish discovery in this matter in approximately two weeks.  I
21    suggested to him that defense motions, which I believe might be
22    necessary given possible issues regarding the charges in
23    Queens --
24            THE COURT:  Sure.
25            MS. ENNIS:  -- overlapping with this, that I would

1    like four weeks for defense motions.  And, therefore, we

2    suggested a date in late October or early November for motions,

3    for defense motions.

4              THE COURT:  Well, why don't we maybe -- do you want to

5    have a conference in between or no?

6              MS. ENNIS:  That's certainly -- that's fine.

7              THE COURT:  And then we could see where you are

8    vis-a-vis the discovery.  Why don't I give you a conference in

9    say 30 days.  Does that work?

10             MS. ENNIS:  Yes.  That works for us.

11             THE COURT:  Then you can tell me --

12             MS. ENNIS:  Sure.

13             THE COURT:  -- exactly what motions you're planning

14   and when.

15             MR. MAIMIN:  Right now I think if we're going to do it

16   in 30 days, I was just conferring with Mr. Cronan, we should

17   make sure that he's available on the date, because normally at

18   least one of us can make it, but I have a trial beginning

19   September 30th.  So I want to make sure he's available on that

20   date.

21             THE COURT:  Okay.  I'll suggest a date, then you'll

22   tell me if it works.

23             MS. ENNIS:  Thank you.

24             THE COURT:  Counsel and Ms. Ennis, is October 3rd a

25   good date for you?

1            MS. ENNIS:  I believe he's going to Queens on
2    October 2nd to resume that suppression hearing, so there might
3    be a conflict there.  Perhaps the following week would be good
4    if we could work something out.
5            THE COURT:  How about Wednesday, the 9th of October,
6    at 2:00 p.m?
7            MS. ENNIS:  That's fine with the defense, your Honor.
8            MR. MAIMIN:  That's fine for the government, your
9    Honor.
10           THE COURT:  Ms. Ennis, we'll just mark it as a status
11   conference right now, and then you'll tell me on that date
12   what, if any, motions, and maybe we'll talk in advance and
13   figure out a schedule that's mutually satisfactory.
14           MS. ENNIS:  Yes.  Thank you, your Honor.
15           THE COURT:  So is Mr. Olmeda currently held in state
16   custody or what's his status?
17           MR. MAIMIN:  He's presently here on a writ.  I've
18   spoken to the Marshals, as well as to Queens D.A., and I think
19   right now it looks like the preference of the various holding
20   authorities is that he remain -- although he's technically in
21   state custody because of the writ, that he remain in the
22   temporary custody of the Marshals and he'll be writted to state
23   court as necessary.
24           THE COURT:  For his suppression hearing or whatever.
25           MR. MAIMIN:  That's right.  But he's being held

1    without bail there.

2           THE COURT:  Okay.

3           MR. MAIMIN:  And, accordingly, Ms. Ennis did not seek

4    bail here, reserving her rights, of course, should the subject

5    of bail arise.

6           THE COURT:  So do we have an application or need for

7    one for speedy trial exclusion to October 9, 2013?

8           MR. MAIMIN:  Yes, your Honor.  The adjournment here is

9    done in order to allow Ms. Ennis and her client to look over

10   discovery and also, as I understand from Ms. Ennis, to consider

11   what I think she's hoping may be fruitful purely legal motions

12   dealing with the confluence of this case versus the case over

13   there.  So in order to allow for the defense to review

14   discovery, consider and begin preparing motions, as well as

15   preparing for the significant possibility of a trial, the

16   government believes that the adjournment here is -- that the

17   interests of justice in granting the adjournment here outweigh

18   the interests of the defendant and the public in a speedy trial

19   and, therefore, move for an exclusion of time pursuant to the

20   Speedy Trial Act.

21          THE COURT:  Okay.  I'm going to find under 18 United

22   States Code, Section 3161, that the request for adjournment

23   joined in by both sides is appropriate and warrants exclusion

24   of the adjourned time from speedy trial calculations.

25          I further find that the exclusion is designed to

D93zolmc                         Conference

1  prevent any possible miscarriage of justice, to facilitate
2  these proceedings, including possible motion practice and
3  discovery, and to guarantee effective representation of and
4  preparation by counsel for both parties.  And thus the need for
5  exclusion and the ends of justice outweigh the interest of the
6  public and the defendant in a speedy trial pursuant to 18
7  U.S.C. Section 3161(h)(7)(a) and (b).
8           So unless there is anything further, I'll see you all
9  on October 9, 2013 at 2:00 p.m.
10          MR. MAIMIN:  Your Honor, may I have one moment?
11          Nothing further, your Honor.
12          THE COURT:  Okay.
13          MS. ENNIS:  Thank you, your Honor.
14          THE COURT:  Nice to see you all.
15          MR. MAIMIN:  Good to see you too, Judge.
16          (Adjourned to October 9, 2013 at 2:00 p.m.)